AARON D. FORD
  Attorney General
DENNIS W. HOUGH, Bar No. 11995
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1254
E-mail: dhough@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda and Kara LeGrand*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MICHAUD,<br><br>                Plaintiff,<br><br>v.<br><br>WARDEN BAKER, et al.,<br><br>                Defendants. | Case No. 3:17-cv-00718-MMD-CBC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, John Michaud, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dennis W. Hough, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

_____
John Michaud, Plaintiff
Pro Se

Dated: 4/21/19

AARON D. FORD
Attorney General

By: _____
Dennis W. Hough (NVBAR # 11995)
Deputy Attorney General
Attorneys for Defendants

Dated: 4/23/19

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: April 23, 2019.

1

**CERTIFICATE OF SERVICE**

      I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 23rd day of April, 2019, I caused to be deposited for mailing in the U.S. Mail, a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to the following:

John Michaud
49 S. Park St. #21
Reno, NV 89502

                                                         */s/ Anne Ogilby*
                                                    An employee of the
                                                    Office of the Attorney General